# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                        No. 4:11CR00045 JLH

LYNN ESPEJO                                                           DEFENDANT

## **ORDER**

Without objection, the government's motion to dismiss the indictment, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, is GRANTED. Document #18. The indictment against Lynn Espejo is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of May, 2012.

                                                              _____
                                                              J. LEON HOLMES
                                                              UNITED STATES DISTRICT JUDGE